

245 Bricktown Way, Suite J
Staten Island, New York 10309
ChristinaMartinezEsq@gmail.com
T: (347) 215-4543
F: (718) 556-2007
*Admitted in:*
*New York & New Jersey*

January 31, 2025

VIA ECF
Honorable Brian M.Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: ***Hernandez v. The Office of the Richmond County District Attorney, et. al.***
***Case. No. 1:24-cv-5790 (BMC)***

Dear Judge Cogan:

I hope this letter finds the Court well. I represent the Plaintiff, Anita Hernandez. Pursuant to Section I(E) of Your Honor's Individual Practices and Rules, Plaintiff respectfully requests an extension of the current discovery deadlines in this matter.

    a) **Original Date**

Under the Court's Scheduling Order dated October 1, 2024, non-expert discovery is scheduled to be completed by February 1, 2025.

    b) **Number of Prior Requests**

This is the first request for an extension of discovery in this case.

    c) **Whether Prior Requests Were Granted or Denied**

There have been no prior requests for an extension.

    d) **Whether the Adversary Consents**

Defendants do not object to this request.

    e) **Previously Scheduled Dates and Proposed Modifications**

The current outstanding case deadlines are as follows:
- **Requests to Admit:** January 1, 2025
- **Depositions:** January 15, 2025
- **Contention Interrogatories:** January 15, 2025
- **Non-Expert Discovery Cutoff:** February 1, 2025

- **Dispositive Motion Pre-Motion Conference Request**: February 8, 2025
- **Expert Discovery Cutoff:** March 15, 2025

   f) <u>Grounds for the Extension</u>

An extension is necessary because discovery is not yet complete, and outstanding issues remain that prevent Plaintiff from proceeding with depositions.
- On January 21, 2025, Defendants served responses to Plaintiff's Document Demands and Interrogatories. This response did not include any Electronically Stored Information (ESI) requested by Plaintiff.
- On January 24, 2025, the parties met and conferred to agree on ESI search terms, and Defendants agreed to produce ESI on a rolling basis. I believe, based on our meetings, that the Defendants are working diligently to produce the ESI, however, as of today, Plaintiff has not received any ESI productions.
- On January 28, 2025, Defendants deposed the Plaintiff.
- On January 30, 2025, the parties met and conferred for several hours regarding discovery disputes and objections. While some issues were resolved, several remain unresolved on both sides. Additionally, both parties must still produce the agreed-upon documents and interrogatory responses as discussed during that meeting. The parties are both bringing the remaining discovery disputes to the Court's attention later today.

Plaintiff cannot proceed with depositions of key decision-makers on Plaintiff's religious accommodation request without first receiving the ESI containing their emails and relevant communications. Defendants have identified two decision-makers from the Richmond County District Attorney's Office and three decision-makers from the City of New York's appeal panel. Plaintiff has noticed the depositions of the two RCDA decision-makers and one appeal panel member, but these depositions cannot be properly conducted without access to relevant emails and other documents contained within the outstanding ESI production and other discovery that the Plaintiff is waiting on. Additionally, Plaintiff is waiting on financial documents from the Defendants, such as documents revealing the value of pension and benefits, which are vital to calculating damages such as backpay and front pay.

Additionally, as a solo practitioner, I am handling all aspects of this case without the support of a larger legal team. I am also in the process of joining another law practice, which, while currently demanding a significant amount of my time and attention, will ultimately provide additional resources and manpower to facilitate the efficient progression of this and other cases moving forward.

Given the ongoing discovery process, the outstanding document and ESI production, and the fact that Plaintiff cannot proceed with depositions until key discovery is received, Plaintiff respectfully requests a conference with the Court to discuss an appropriate extension of the discovery schedule. The parties are also submitting a separate letter later today requesting a pre-motion conference regarding outstanding discovery disputes, which will outline the remaining issues in detail.Rather than proposing new deadlines at this time, Plaintiff believes it would be most efficient for the Court to first address the discovery disputes, after which a revised discovery schedule can be set based on the status of outstanding productions and the timing of necessary depositions.

Plaintiff appreciates the Court's consideration of this request and is available at the Court's convenience.

Respectfully submitted,

*[signature]*

Christina Martinez, Esq.