

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

THE CITY OF NEW YORK

LAW DEPARTMENT

100 CHURCH STREET
NEW YORK, NY 10007

**PHILIP S. FRANK**
*Assistant Corporation Counsel*
Phone: (212) 356-0886
pfrank@law.nyc.gov

July 24, 2025

**By ECF**
Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Hernandez v. Office of The Richmond County District Attorney, et al.*,
              24-cv-5790 (BMC)

Dear Judge Cogan:

        I am an Assistant Corporation Counsel and a supervisor in the Office of Muriel Goode-Trufant, Corporation Counsel of the City of New York, attorney for Defendants the City of New York, the Richmond County District Attorney's Office ("RCDA"), and District Attorney Michael McMahon in the above-referenced action. Plaintiff, a former Detective Investigator for RCDA, challenges the denial of her request for a religious accommodation to the City's COVID-19 Vaccine Mandate and resulting termination.

        I write to respectfully request a brief, three-business-day extension of time, from July 30, 2025 until August 4, 2025, for the parties to file their motions for summary judgment. This is Defendants' second request for an extension, and the Court granted their first request. Counsel for Plaintiff, Christina Martinez, Esq., consents to this request.

        The primary reason for the requested enlargement is that I will be out of the office on a prepaid vacation starting tomorrow, July 25, 2025, until July 30, 2025. I have been working diligently along with Assistant Corporation Counsel Ilona Ehrlich, who is the attorney assigned to this matter under my supervision, on drafting, editing, and revising the summary judgment motion papers, but it has taken us longer than initially anticipated due to professional and supervisory obligations in this and other matters – including preparing for the settlement conference in this matter before Magistrate Judge Cho scheduled for tomorrow, July 25, 2025, which we understand is not a reason for an extension, but which may obviate the need for motion practice should the case settle – and because this is Ms. Ehrlich's first summary judgment motion. The brief three-

business-day extension of time, therefore, will enable Ms. Ehrlich and me to finalize our drafting and editing of the motion papers.

    Accordingly, Defendants respectfully request that the Court grant a brief, three-business-day extension of time, until August 4, 2025, for the parties to file their motions for summary judgment, and a corresponding extension of time of the briefing schedule as follows: motions for summary judgment due by August 4, 2025; oppositions due by August 25, 2025; and replies, if any, due by September 8, 2025.

    Thank you for your consideration of this request.

                    Respectfully submitted,

                      /s/
                    Philip S. Frank
                    Assistant Corporation Counsel

cc:  All Counsel of Record (via ECF)